IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL NO. 5:14CR25-RLV

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | **O R D E R** |
|  | ) |  |
| CHARLES CLIFFORD WILEY, JR., | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on its own motion in response to an oral request of the U.S. Marshal's Service that the above-named Defendant be temporarily released on bond. The U.S. Attorney's Office consents to Defendant's temporary release.[1]

On June 3, 2015, Defendant Charles Clifford Wiley, Jr., was sentenced to a term of twenty-four months imprisonment for violations of 18 U.S.C. § 922(g). Wiley, in custody pending designation by the Federal Bureau of Prisons, is currently hospitalized and in serious or critical condition.

**IT IS, THEREFORE, ORDERED** that Defendant will be temporarily placed on bond, subject to the regular or standard conditions of release, pending a change in his medical condition and / or his improvement such that Defendant is capable of self-reporting to the Federal Bureau of Prisons for commencement of his active sentence.

---

[1] On June 20, 2014, the Court denied Defendant's Motion To Revoke Detention Order, finding the determinative factor to be "the nature and seriousness of the danger to any person or the community that would be posed by the person's release." (Doc. 11). Defendant's health condition presents a substantial change of circumstances.

Signed: September 1, 2015

Richard L. Voorhees
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.